No. 2134. EL PUEBLO, APELADO, *v.* ECHAVARRY, APELANTE. —Adulteración de leche.   C. de D. de San Juan, Primer Distrito.   R. enero 24, 1924.   Celebrada la vista sin la asistencia del apelante; examinados los alegatos así como la transcripción de autos; siendo la insuficiencia de la prueba la única cuestión propuesta por el apelante y considerándola el tribunal suficiente, se confirmó la sentencia.

No. 2190. EL PUEBLO, APELADO, *v.* RODRÍGUEZ, APELANTE.— C. de D. de San Juan, Primer Distrito. R. enero 21, 1924. Vista la moción del acusado notificada al fiscal de esta corte, se desestima el presente recurso por haber sido ya resuelto este caso anteriormente por el tribunal.

No. 3211. EL PUEBLO A REQUERIMIENTO DE F. MONCLOVA, APELADO, *v.* MARTÍNEZ, APELANTE.—C. de D. de San Juan, Distrito Primero.   R. enero 21, 1924.   Apareciendo que dictada sentencia en este procedimiento el 27 de abril 1923 a favor del demandante, el demandado apeló y obtuvo que en 4 de junio la corte inferior ordenara al taquígrafo que transcribiera la evidencia dentro del término de ley, y que se le concedieran otros términos adicionales que vencieron sin que se hubiera preparado la transcripción; y no habiéndose archivado la transcripción de los autos, se declaró con lugar la moción y se desestimó la apelación.

No. 3218. MATOS, APELANTE, *v.* CARABALLO, APELADA.—C. de D. de San Juan, Distrito Primero.   R. enero 21, 1924. Apareciendo que la sentencia en este caso de julio 11, 1923 fué apelada en agosto 11, siguiente y en oct. 17, 1923, la corte ordenó al taquígrafo que preparara la transcripción dentro del plazo de ley sin que el taquígrafo lo hiciera, y no habiéndose archivado la transcripción de autos, se declaró con lugar la moción y se desestimó la apelación.